United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELVERA BERSON,

        Plaintiff,

    v.

TARGET CORPORATION,

        Defendant.

Case No.  15-cv-01353-KAW

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**

      On June 23, 2015, the parties attended a case management conference where they informed the Court that they have reached a settlement of the entire action.  Accordingly, the parties shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

      IT IS SO ORDERED.

Dated: June 24, 2015

KANDIS A. WESTMORE
United States Magistrate Judge