JANNIK P. CATALANO ESQ. (SBN 224786)
jannik@catlawgroup.com
CATALANO LAW GROUP
1686 Bryant Street
San Francisco, CA 94103
Tel: (415) 436-9236
Fax: (877) 689-0676

Attorneys for Plaintiff
ELVERA BERSON


GAIL C. TRABISH, ESQ. (SBN 103482)
gtrabish@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVERA BERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-50<br><br>    Defendants. | Case No.: **4:15-cv-01353 KAW**<br><br>STIPULATION TO DISMISS AND [PROPOSED] ORDER<br><br>Complaint Filed: January 9, 2015<br>[Marin County Superior Court Case # CIV1500099] |

    IT IS HEREBY STIPULATED by and between Plaintiff ELVERA BERSON by and through her attorney of record, Jannik Catalano, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that Plaintiff will dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1)(A)(ii), for a waiver of costs.

DATED:  6/26/15  					CATALANO LAW GROUP


						By: _____/s/ Jannik P. Catalano_____
							Jannik P. Catalano, Esq.
							Attorneys for Plaintiff
							ELVERA BERSON


DATED:  June 23, 2015

						BOORNAZIAN, JENSEN & GARTHE
						A Professional Corporation


						By: __/s/ Gail C. Trabish_____
							Gail C. Trabish, Esq.
							Attorneys for Defendant
							TARGET CORPORATION


## **ORDER**

   Pursuant to stipulation, **IT IS SO ORDERED**.

DATED:  7/1/15

						By: ___*Kandis Westmore*_____
							KANDIS A. WESTMORE
							UNITED STATES MAGISTRATE JUDGE


27599\693435